THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Janice Byers, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No.  2006-UP-212
Submitted April 1, 2006  Filed April 18, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Janice Byers appeals her guilty plea to possession of crack cocaine.  The trial judge sentenced Byers to five years imprisonment suspended upon the service of ninety days in an inpatient treatment facility with three years probation.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Byers attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Byerss appeal is without legal merit sufficient to warrant a new trial.  Byers did not file a separate pro se response.
After a thorough review of the record and brief pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.